FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAR 28  A 11: 56

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

UNITED STATES OF AMERICA
*ex rel*: MICHAEL DELBIONDO,

Plaintiff

–v–

LINCARE HOLDINGS INC., *et al.*,

Defendants.

Case 1:11–cv–01386–MJG

## DEFENDANTS' MOTION TO DISMISS

Defendants Lincare Holdings Inc. and Lincare Inc. move to dismiss the Complaint filed by Relator Michael DelBiondo pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Defendants' motion is accompanied by a memorandum setting forth the reasoning and authorities that support the motion.

### Request for Hearing

In conformance with Local Rule 105.6, counsel for Defendants respectfully request a hearing on Defendants' motion to dismiss.

4304461.1

Dated: January 13, 2014
   Baltimore, Maryland

Respectfully submitted,

*/s/ Martin S. Himeles, Jr.*
Martin S. Himeles, Jr. (Bar No. 03430)
Conor B. O'Croinin (Bar No. 28099)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202–1031
(410) 332–0444; (410) 659–0436 fax
mhimeles@zuckerman.com
cocroinin@zuckerman.com

*Attorneys for Defendants Lincare Holdings Inc. and Lincare Inc.*

DENIED AS MOOT, on Wednesday, March 26, 2014.

        /s/
      Marvin J. Garbis
    United States District Judge

4304461.1